UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 APR 23 PM 2:55

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

WILFREDO PALMERO HARTZ,

         Defendant.

CASE NO. 92CR0541-AJB

**JUDGMENT OF DISMISSAL**

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Superseding Information:

18:2113(a) and (d) - Armed Bank Robbery

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 04/19/12

Anthony J. Battaglia
UNITED STATES DISTICT JUDGE